COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 December 14, 2016
 No. 10-16-00011-CR
 STANDLEY DELANO DAVIS
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 12[th] District Court
 Walker County, Texas
 Trial Court No. 27032
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record as relevant to the issues raised in this proceeding and finds that no reversible error is presented. Accordingly, the trial court's judgment signed on December 16, 2015 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK294576517462500
 
By: ___________________________
1101090736917500 Nita Whitener, Deputy Clerk